IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JUSTIN CREDICO : CIVIL ACTION
:
v. :
:
WARDEN D. EDWARD MCFADDEN, :
THE DISTRICT ATTORNEY OF :
CHESTER COUNTY, and THE :
ATTORNEY GENERAL OF THE :
STATE OF PENNSYLVANIA : NO. 17-3672

## ORDER

**NOW,** this 2nd day of July, 2018, upon consideration of the Petition Under 38 U.S.C. § 2254 for Writ of *Habeas Corpus* By a Person in State Custody (Document No. 1), the petitioner's supplement to the petition (Document No. 4), the response, the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Document No. 8), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* is **DISMISSED** for lack of jurisdiction; and

3. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE